DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RACHEL SUE MOCERI,**
Appellant,

v.

**TREVOR BECKER,**
Appellee.

No. 4D22-927

[July 13, 2023]

Appeal from the Circuit Court of the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 2011DR002419.

John Madden of John Madden, P.A., Stuart, for appellant.

Charles D. Jamieson of the Law Firm of Charles D. Jamieson, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, CJ, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***